SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>Plaintiff,<br><br>vs.<br><br>LON LUNDGREN, et al,<br><br>Defendants. | Case No.: CIV.S 09-02834-FCD-DAD<br><br>**STIPULATION AND ORDER DISMISSAL OF DEFENDANT LON LUNDGREN**<br><br>Complaint Filed:  OCTOBER 13, 2009<br><br>**CASE TO REMAIN OPEN WITH REMAINING DEFENDANTS** |

   **IT IS HEREBY STIPULATED** by Plaintiff, Scott N. Johnson, and Defendant Lon Lundgren, by and through their designated Counsel of record (Scott N. Johnson; Cris C. Vaughan) that Defendant (Lon Lundgren) be and is hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2).  This case is to remain open with remaining Defendants.  Defendant (Lon Lundgren) is dismissed because this Defendant is not a proper party.


Dated: August 13, 2010                       /s/Scott N. Johnson_____
                                             SCOTT N. JOHNSON

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Attorney for Plaintiff

Dated: August 16, 2010

/s/Cris C. Vaughan
CRIS C. VAUGHAN,
Attorney for Defendant
Lon Lundgren

**IT IS SO ORDERED**.

Dated:  August 16, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2